IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3054 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ALI NAEM SALMAN ALZUBAIDI, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the pretrial motion deadline.  Filing No. 21.
Defense counsel explains additional time is needed for plea negotiations before deciding if
pretrial motions should be filed.  Based on the showing set forth in the defendant's motion,
the court finds the motion should be granted.

IT IS ORDERED:

1)      The defendant's unopposed motion to continue, (filing no. 21), is granted.

2)      The defendant's pretrial motions and briefs shall be filed on or before July 11,
        2011.

3)      The ends of justice served by granting defendant's motion to continue
        outweigh the interests of the public and the defendant in a speedy trial, and the
        additional time arising as a result of the granting the motion, the time between
        June 23, 2011 and July 11, 2011, shall be deemed excludable time in any
        computation of time under the requirements of the Speedy Trial Act, for the
        reason that the parties require additional time to adequately prepare the case,
        taking into consideration due diligence of counsel, the novelty and complexity
        of the case, and the fact that the failure to grant additional time might result in
        a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

4)      Trial of this case remains set to commence on July 25, 2011.

June 27, 2011                        BY THE COURT:

                                     s/ Cheryl R. Zwart
                                     United States Magistrate Judge